| | | |
|---|---|---|
| People v Anderson (Christopher) | App Div, 3d Dept: 2017 NY Slip Op 63905(U) (Columbia) | dismissed 4/19/17 (DiFiore, Ch. J.) |
| People v Anderson (Demetries) | 1st Dept: 146 AD3d 475 (NY) | denied 4/25/17 (DiFiore, Ch. J.) |
| People v Arnold | 4th Dept: 147 AD3d 1327 (Monroe) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Bangoura | App Term, 1st Dept: 54 Misc 3d 129(A) (NY) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Bethany | 4th Dept: 144 AD3d 1666 (Erie) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Blackwood | 1st Dept: 147 AD3d 462 (Bronx) | dismissed 4/20/17 (Fahey, J.) |
| People v Booker | 2d Dept: 147 AD3d 1077 (Suffolk) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Brice | 3d Dept: 146 AD3d 1152 (Albany) | denied 4/20/17 (Fahey, J.) |
| People v Brooks | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 137(A) (Kings) | denied 4/26/17 (DiFiore, Ch. J.) |
| People v Brown | 4th Dept: 144 AD3d 1616 (Monroe) | denied 4/27/17 (DiFiore, Ch. J.) |
| People v Bryant | App Div, 3d Dept: 2017 NY Slip Op 66857(U) (Albany) | dismissed 4/11/17 (Rivera, J.) |
| People v Cargill | App Div, 2d Dept: 2017 NY Slip Op 61378(U) (Kings) | dismissed 4/6/17 (Rivera, J.) |
| People v Carter | 4th Dept: 132 AD3d 1327 (Monroe) | denied 4/20/17 (DiFiore, Ch. J.) |
| People v Ceballos | App Term, 1st Dept: 54 Misc 3d 130(A) (Bronx) | denied 4/3/17 (Stein, J.) |
| People v Collado | 1st Dept: 146 AD3d 708 (NY) | denied 4/27/17 (DiFiore, Ch. J.) |
| People v Colon | App Term, 1st Dept: 54 Misc 3d 134(A) (NY) | denied 4/12/17 (Fahey, J.) |
| People v Cook | 4th Dept: 147 AD3d 1387 (Ontario) | denied 4/14/17 (DiFiore, Ch. J.) |
| People v Covington | 2d Dept: 144 AD3d 1169 (Queens) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Culp | 1st Dept: 147 AD3d 569 (NY) | denied 4/3/17 (Stein, J.) |
| People v Curry | App Div, 1st Dept: 2017 NY Slip Op 62652(U) (NY) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v D | 3d Dept: 146 AD3d 1152 (Albany) | denied 4/20/17 (Fahey, J.) |
| People v Davydov | 2d Dept: 144 AD3d 1170 (Queens) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Dean | 4th Dept: 145 AD3d 1633 (Livingston) | denied 4/27/17 (DiFiore, Ch. J.) |
| People v Delin | 1st Dept: 145 AD3d 566 (NY) | dismissed 4/5/17 (Fahey, J.) |